968 A.2d 765

**Dwayne HILL, Appellant**

v.

**Raymond LAWLER, Appellee.**

Supreme Court of Pennsylvania.

April 29, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of April, 2009, the Order of the Commonwealth Court is **AFFIRMED.**